```
 1  Keith A. Fink, Bar No. 146841
    Sarah E. Hernandez, Bar No. 206305
 2  Jennifer M. Misetich, Bar No. 272022
    FINK & STEINBERG                                    JS-6
 3  Attorneys at Law
    11500 Olympic Boulevard, Suite 316
 4  Los Angeles, California 90064
    Telephone: (310) 268-0780
 5  Facsimile: (310) 268-0790

 6  Attorneys for Plaintiff
    JOHN STAGNARO
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN STAGNARO, an individual, | CASE NO. CV11-3359 RSWL (MANx) |
| Plaintiff, | ~~[PROPOSED]~~ JUDGMENT AGAINST DEFENDANT HOME DEPOT, U.S.A., INC. |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Pursuant to the terms of the Defendant HOME DEPOT U.S.A., INC.'S statutory offer to compromise pursuant to Rule 68 of the <u>Federal Rules of Civil Procedure</u>, Judgment is hereby entered in favor of Plaintiff JOHN STAGNARO and against Defendant HOME DEPOT U.S.A., INC., in the amount of $10,000.00 plus attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 10, 2011

*/s/ Gary Feess*

HONORABLE GARY A. FEESS

1 | **Respectfully Submitted by:**

2 | Keith A. Fink, Bar No. 146841
Sarah E. Hernandez, Bar No. 206305
3 | Jennifer M. Misetich, Bar No. 272022
FINK & STEINBERG
4 | Attorneys at Law
11500 Olympic Boulevard, Suite 316
5 | Los Angeles, California  90064
Telephone:  (310) 268-0780
6 | Facsimile: (310) 268-0790

7 | Attorneys for Plaintiff
JOHN STAGNARO

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11500 W. Olympic Boulevard, Suite 316, Los Angeles, California, 90064.

On November 8, 2011, I served the document described as **[PROPOSED] JUDGMENT AGAINST DEFENDANT HOME DEPOT, U.S.A., INC.** on all interested parties in their action as follows:

[X]   by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

Andrew J. Jaramillo
Daniel A. Adlong
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626

[X]   BY MAIL

    [X]   As follows: I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[X]   BY FACSIMILE

Using fax number (310) 268-0790 I transmitted such document by facsimile machine, pursuant to California Rules of Court 2001 et seq. The facsimile machine complied with Rule 2003(3). The transmission was reported as complete. I caused the machine to print a transmission report of the transmission, a copy of which is attached to the declaration. I am employed in the County of Los Angeles, State of California.

[ ]   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of the court at whose direction the service was made.

Dated: November 8, 2011                           _____
                                                           Heather Silldorf