Keith A. Fink, Bar No. 146841
Sarah E. Hernandez, Bar No. 206305
Jennifer M. Misetich, Bar No. 272022
FINK & STEINBERG
Attorneys at Law
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Plaintiff
JOHN STAGNARO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN STAGNARO, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | CASE NO. CV11-3359 GAF (MANx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANT HOME DEPOT, U.S.A., INC. |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Pursuant to the terms of the Defendant HOME DEPOT U.S.A., INC.'S statutory offer to compromise pursuant to Rule 68 of the <u>Federal Rules of Civil Procedure</u>, Judgment is hereby entered in favor of Plaintiff JOHN STAGNARO and against Defendant HOME DEPOT U.S.A., INC., in the amount of $10,000.00 plus $18,290.00 in attorneys' fees. Costs are to be determined by the Clerk of the Court.

IT IS SO ORDERED.

DATED: February 8, 2012

　　　　　　　　　　　　　　　　　　　　　　_/s/ Gary Feess_
　　　　　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS