```
1  Keith A. Fink, Bar No. 146841
   Sarah E. Hernandez, Bar No. 206305
2  Jennifer M. Misetich, Bar No. 272022
   FINK & STEINBERG
3  Attorneys at Law
   11500 Olympic Boulevard, Suite 316
4  Los Angeles, California 90064
   Telephone: (310) 268-0780
5  Facsimile: (310) 268-0790

6  Attorneys for Plaintiff
   JOHN STAGNARO
7
```

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN STAGNARO, an individual, | CASE NO. CV11-3359 GAF (MANx) |
| Plaintiff, | [PROPOSED] JUDGMENT AGAINST DEFENDANT HOME DEPOT, U.S.A., INC. |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Pursuant to the terms of the Defendant HOME DEPOT U.S.A., INC.'S statutory offer to compromise pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff JOHN STAGNARO and against Defendant HOME DEPOT U.S.A., INC., in the amount of $10,000.00 plus $18,290.00 in attorneys' fees. Costs are to be determined by the Clerk of the Court.

IT IS SO ORDERED.

DATED: February 8, 2012

*/s/ Gary Feess*

HONORABLE GARY A. FEESS

---

1

[PROPOSED] JUDGMENT