```
Keith A. Fink, Bar No. 146841
Sarah E. Hernandez, Bar No. 206305
Jennifer M. Misetich, Bar No. 272022
FINK & STEINBERG
Attorneys at Law
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Plaintiff
JOHN STAGNARO
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN STAGNARO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. CV11-3359 RSWL (MANx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANT HOME DEPOT, U.S.A., INC. |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Pursuant to the terms of the Defendant HOME DEPOT U.S.A., INC.'S statutory offer to compromise pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff JOHN STAGNARO and against Defendant HOME DEPOT U.S.A., INC., in the amount of $28,760.00.

IT IS SO ORDERED.

DATED: February 16, 2012

*/s/ Gary Feess*

HONORABLE GARY A. FEESS